UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**PEDRO JOSE CASTILLO CRUZ,**

    *Petitioner*,

v.                                             Case No. 5:26-CV-0209-JKP

**KRISTI NOEM, Secretary of the
Department of Homeland Security, et al.,**

    *Respondents*.

## FINAL JUDGMENT

As set forth in the Court's Order issued on this date, Petitioner's petition for writ of habeas corpus is **GRANTED**. Accordingly,

1. Respondents are **DIRECTED** to **RELEASE** Petitioner Pedro Jose Castillo Cruz from custody, under appropriate conditions of release, to a public place **no later than January 24, 2026**.

2. Respondents must **NOTIFY** Petitioner's counsel of the exact location and exact time of his release as soon as practicable and no less than two hours before his release.

3. Any possible or anticipated removal or transfer of Petitioner under this present detention is **PROHIBITED**.

4. If Petitioner is re-detained pursuant to 8 U.S.C. § 1226, all applicable procedures must be followed, including that he be afforded a bond hearing.

5. Respondents shall **FILE** a Status Report no later than **January 25, 2026**, confirming that Petitioner has been released. If counsel for Petitioner disagrees with any aspect of the filed Status Report, counsel may file a separate Status Report.

The Clerk of Court is **DIRECTED** to close this case.

**IT IS SO ORDERED this 22nd day of January 2026.**

*/s/ Jason Pulliam*
_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE